**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| Lowe's HIW, Inc., | ) | No. CV-09-2481-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Thomas James Civil Design Group Inc., et al., | ) | |
| Defendants. | ) | |
| And Related Counterclaims, | ) | |
| And Related Cross-Claims. | ) | |

Pending before the Court is the Stipulation of Plaintiff Lowe's HIW, Inc. ("Lowe's") and Defendant Thomas James Civil Design Group dba Thomas Graham Civil Design Group ("Thomas Graham") to dismiss Lowe's claims against Thomas Graham with prejudice, with each party to bear their own costs and attorney's fees. (Doc. 885.) The above-named parties have entered into a settlement agreement. Good cause appearing,

**IT IS HEREBY ORDERED** dismissing Lowe's claims against Thomas Graham with prejudice, with each party to bear their own costs and attorney's fees. (Doc. 885.)

DATED this 26th day of February, 2013.

Stephen M. McNamee
Senior United States District Judge