**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lowe's HIW, Inc., | No. CV-09-2481-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Thomas James Civil Design Group Inc., et al., | |
| Defendants. | |
| And Related Counterclaims, | |
| And Related Cross-Claims. | |

Pending before the Court is the Stipulation of Cross-Claimant Pacific Lock + Load, Inc. ("Pacific Lock + Load") and Cross-Defendant Ames Construction, Inc. ("Ames") to dismiss Pacific Lock + Load's cross-claims against Ames with prejudice, with each party to bear their own costs and attorney's fees.  (Doc. 902.)  Good cause appearing,

**IT IS HEREBY ORDERED** dismissing with prejudice Pacific Lock + Load's cross-claims against Ames from this matter, with each party to bear their own costs and attorney's fees.

DATED this 17th day of June, 2013.

Stephen M. McNamee
Senior United States District Judge