**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Lowe's HIW, Inc., | ) | No. CV-09-2481-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Thomas James Civil Design Group Inc., et al., | ) | |
| Defendants. | ) | |
| And Related Counterclaims, | ) | |
| And Related Cross-Claims. | ) | |

Pending before the Court is the remaining Defendants' Joint Motion for Dismissal of All Crossclaims With Prejudice. (Doc. 905.) Pursuant to settlement, the remaining defendants, as crossclaimants and crossdefendants, agree to dismiss with prejudice their respective crossclaims. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the remaining Defendants' Joint Motion for Dismissal of All Crossclaims With Prejudice. (Doc. 905.)

**IT IS FURTHER ORDERED** dismissing with prejudice Defendant/Crossclaimant Pacific Lock+Load, Inc.'s crossclaims against EMJ Corporation, Ames Construction, Inc., Mortimer, Inc., and Kleinfelder, Inc.

**IT IS FURTHER ORDERED** dismissing with prejudice Defendant/Crossclaimant Kleinfelder, Inc.'s crossclaims against EMJ Corporation, Ames Construction, Inc., Mortimer,

1 | Inc., and Pacific Lock+Load, Inc.

2 |     **IT IS FURTHER ORDERED** dismissing with prejudice Defendant/Crossclaimant
3 | EMJ Corporation's crossclaims against Ames Construction, Inc., Mortimer, Inc., Kleinfelder,
4 | Inc., and Pacific Lock+Load, Inc.

5 |     **IT IS FURTHER ORDERED** dismissing with prejudice Defendants/Crossclaimants
6 | Ames Construction, Inc.'s and Mortimer, Inc.'s crossclaims against EMJ Corporation.

7 |     DATED this 26th day of June, 2013.

*[Signature]*

Stephen M. McNamee
Senior United States District Judge