**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lowe's HIW, Inc., | No. CV-09-2481-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| Thomas James Civil Design Group Inc., et al., | |
| Defendants. | |
| And Related Counterclaims, | |
| And Related Cross-Claims. | |

Pending before the Court is Plaintiff Lowe's HIW, Inc. ("Lowe's") and Defendant Pacific Lock+Load, Inc.'s ("Pacific") stipulation to dismiss with prejudice the claims and counterclaims asserted against each other. (Doc. 909.) Accordingly,

**IT IS HEREBY ORDERED GRANTING** the parties' stipulation. (Doc. 909.) Lowe's claims against Pacific are dismissed with prejudice, with each of these parties to bear its own respective costs and attorney's fees.

**IT IS FURTHER ORDERED** that Pacific's counterclaims against Lowe's are dismissed with prejudice, with each of these parties to bear its own respective costs and attorney's fees.

DATED this 12th day of August, 2013.

_____
Stephen M. McNamee
Senior United States District Judge