**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Lowe's HIW, Inc., | ) | No. CV-09-2481-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Thomas James Civil Design Group Inc., et al., | ) | |
| Defendants. | ) | |
| And Related Counterclaims, | ) | |
| And Related Cross-Claims. | ) | |

Pursuant to a settlement agreement, pending before the Court is the stipulation of Plaintiff Lowe's HIW, Inc. ("Lowe's") and Defendant Kleinfelder West, Inc. ("Kleinfelder") to dismiss all claims with prejudice. (Doc. 911.) Good cause appearing,

**IT IS HEREBY ORDERED** dismissing with prejudice all claims by Lowe's against Kleinfelder and Kleinfelder's subcontractor, Defendant Geomechanics Southwest, Inc. ("Geomechanics") with the parties to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** dismissing with prejudice all claims by Kleinfelder against Lowe's with the parties to bear their own costs and attorney's fees.

DATED this 15th day of August, 2013.

Stephen M. McNamee
Senior United States District Judge